**Electronically Filed
Supreme Court
SCWC-19-0000841
22-JUN-2021
07:57 AM
Dkt. 26 OGAC**

SCWC-19-0000841

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

E. KALANI FLORES,
Petitioner/Plaintiff-Appellant,

vs.

SUSAN BALLARD IN HER CAPACITY AS CHIEF OF POLICE OF THE CITY AND
COUNTY OF HONOLULU; PAUL FERREIRA IN HIS CAPACITY AS THE CHIEF OF
POLICE OF THE COUNTY OF HAWAIʻI POLICE DEPARTMENT; TIVOLI FAAUMU
IN HIS CAPACITY AS CHIEF OF POLICE OF MAUI COUNTY,
Respondents/Defendants-Appellees.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-19-0000841; CIV. NO. 3CC191000190)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

Petitioner/Plaintiff-Appellant's Application for Writ

of Certiorari, filed on April 22, 2021, is hereby accepted and

will be scheduled for oral argument.  The parties will be

notified by the appellate clerk regarding scheduling.

DATED: Honolulu, Hawaiʻi, June 22, 2021.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

